EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: mike.seabright@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00262-02 HG |
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | |
| YAN XIA XU, | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against defendant YAN XIA XU on the grounds that defendant YAN XIA XU entered a plea of guilty and has been sentenced to an Information, and the United States agreed to dismiss the Indictment as to defendant YAN XIA XU after sentencing on the Information.

The defendant is not in custody on the dismissed Indictment listed above.

DATED: Honolulu, Hawaii, June 24, 2004.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
UNITED STATES DISTRICT JUDGE

United States v. Yan Xia Xu; Cr. No. 00-00262-02 HG;
Order for Dismissal

copies: United States Marshal
Alexander Silvert, Attorney for Defendant

2